# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-6849-JVS(AGR) | Date | March 8, 2010 |
| Title | Woodfork v. Faskhoury | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   (In Chambers)   **ORDER TO SHOW CAUSE RE DISMISSAL**

      Jeffrey Anthony Woodfork's ("Woodfork") Complaint was lodged on September 24, 2009, and filed on October 6, 2009. (Docket No. 3.) A review of the docket indicates that the Complaint has not been served; there are no returns of service or notices of default.

      Under Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff must make service within 120 days of filing the Complaint.

      Woodfork is ordered to show cause in writing within twenty days why the Complaint should not be dismissed for failure to comply with Rule 4(m).

      The Court will hold Woodfork's motion for injunctive relief in abeyance pending his response to this order to show cause.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |