# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY ANTHONY WOODFORK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AREF FAKHOURY, et al.,<br><br>　　　　Defendants. | No. CV 09-6849-JVS (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Complaint, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

　　IT IS ORDERED that Judgment be entered granting Defendants' motion to dismiss and dismissing the action without prejudice.

DATED: February 15, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE