1

2

3

4

5

6

7
**UNITED STATES DISTRICT COURT**

8
**CENTRAL DISTRICT OF CALIFORNIA**

9
**WESTERN DIVISION**

10

11 JEFFREY ANTHONY WOODFORK, )          No.  CV 09-6849-JVS (AGR)
                                      )
12              Plaintiff,            )
                                      )
13      v.                            )          **JUDGMENT**
                                      )
14 AREF FAKHOURY, et al.,             )
                                      )
15              Defendants.           )
   _____)

16

17      Pursuant to the Order Adopting Magistrate Judge's Report and

18 Recommendation,

19      IT IS ADJUDGED that Defendants' motion to dismiss is granted and this action

20 is dismissed without prejudice.

21

22 DATED:  February 15, 2011

                                      _____

23                                         JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28